MAURICE B. ATKINSON, Respondent, v. THE SINGER MANU-
FACTURING Co., Appellant.

APPEAL by the defendant from a judgment of the District
Court in the city of New York for the first judicial district,
rendered by the justice thereof, without a jury, in favor of
the plaintiff.

The nature of the action and the material facts are stated
in the opinion.

*Booraem, Hamilton, Beckett & Ransom*, for appellant.

*John Callahan*, for respondent.

GIEGERICH, J. This action was brought to recover back
seventy-five dollars which the respondent had deposited as
security for the honest performance by him of his duties as
employee of the appellant.

The record shows that he left their employment by mutual
consent upon the ninth day of February, and this action was
begun on the twelfth day of the same month and year.

There was a strenuous contest between the parties upon
the trial as to whether the agreement was that a period of
sixty or ninety days must elapse after the termination of the
employment before the deposit was to be returned.

The appellant now urges that the action was prematurely
brought in either event; but this objection was not made
upon the trial. In fact, the attention of the court was called
away from it by a conflict over a point that was really
immaterial.

Under the circumstances we do not feel bound to consider
the objection upon appeal, especially as it does not appear
that injustice has resulted.

The judgment is affirmed, with costs.

BISCHOFF, J., concurs.
Judgment affirmed, with costs.